NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411    FAX:   (213) 488-9418
e-mail: zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re | ) | Case No. 1:17-bk-12219-MB |
|---|---|---|
| YELENA SHEVCHENKO, | ) | Chapter 7 |
| Debtor. | ) | NOTICE OF TRUSTEE'S INTENT TO ABANDON REAL PROPERTY |
| | ) | [No Hearing Required] [Local Bankruptcy Rule 6007-1(a)] |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL, ALL CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that pursuant to Section 554(a) of the Bankruptcy Code [11 U.S.C. section 554(a)] and Local Bankruptcy Rule 6007-1(a) the undersigned, duly appointed chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") in the above-captioned case (the "Case") of debtor Yelena Shevchenko ("Debtor"), intends to, and will abandon the Estate's interest in the following described real property as burdensome and of inconsequential value to the Estate, unless, within fourteen (14) days from the date of service of this Notice, a creditor or other interested party files a written Objection and Request for Hearing with the Clerk of the United States Bankruptcy Court,

Shevchenko\notice of abandonment

2.

21041 Burbank Boulevard, Woodland Hills, California 91367, and serves a copy of such request on Trustee. Trustee intends to abandon the following real property scheduled by Debtor and commonly known as:

16751 Londelius Street, Northridge, California 91343

If no Objection and Request for Hearing is timely filed and served, Trustee may take the proposed action and Trustee will be deemed to have abandoned any interest in the personal property fourteen (14) days from the date of mailing of this Notice, which date is noted below.

Dated: December 15, 2017

/s/ Nancy Hoffmeier Zamora
Nancy Hoffmeier Zamora
Chapter 7 Trustee

Shevchenko\notice of abandonment

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

NOTICE OF TRUSTEE'S INTENT TO ABANDON REAL PROPERTY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 15, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Debtor's Counsel: Rabin J. Pournarzarian, enotice@pricelawgroup.com, rabin@pricelawgroup.com, r3354@notify.bestcase.com
Creditors' Counsel: Nancy L. Lee, bknotice@mccarthyhothus.com, nlee@ecf.courtdrive.com; Valarie Smith, claims@recoverycorp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 15, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Yelena Shevchenko, 16751 Londelius St., Northridge, CA 91343
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA  90017

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 15, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 15, 2017 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

## Additional Service List for Notice

Aldrich & Bonnefin
18500 Von Karman Avenue, Suite 300
Irvine, CA 92612

Amoo Betmallo
c/o Counts Law Firm, PC
790 East Colorado Blvd. 9th floor
Pasadena, CA 91101

Bishop Alemany High School
c/o Aldrich & Bonnefin
18500 Von Karman Avenue, Suite 300
Irvine, CA 92612

Capital One
Attn: Bankruptcy
P.O. Box 30253
Salt Lake City, UT 84130

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Cenlar
P.O. Box 986
Newark, NJ 07184-0597

Chase Card
Attn: Correspondence Dept
P.O. Box 15298
Wilmington, DE 19850

Counts Law Firm, PC
790 East Colorado Blvd. 9th Floor
Attn: Emahn Counts, Esq.
Pasadena, CA 91101

Ford Motor Credit
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962

Ford Motor Credit Company LLC
c/o MacDowell & Associates, Ltd.
3636 Birch Street, Suite 290
Newport Beach, CA 92660

Jh Portfolio Debt Equities LLC
5757 Phantom Dr Ste 225
Hazelwood, MO 63042

Levi Family Partnership
c/o Aldrich & Bonnefin
18500 Von Karman Avenue, Suite 300
Irvine, CA 92612

MacDowell & Associates
3636 Birch Street, #290
Newport Beach, CA 92660

MIDLAND FUNDING LLC
P.O. Box 2011
Warren, MI 48090

Portfolio Recovery Associates, LLC
c/o The Home Depot
P.O. Box 41067
Norfolk VA 23541

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Ray D. Etniel
16751 Londelius Street
North Hills, CA 91343

Superior Court of CA-Chatsworth
County of Los Angeles
9425 Penfield Ave.
Case Number: 17A13858
Chatsworth, CA 91311

Superior Court of CA-Los Angeles
600 E. Broadway
Case Number: EC063015
Glendale, CA 91206

Synchrony Bank
Attn: Bankruptcy
P.O. Box 956060
Orlando, FL 32896

TD Bank, USA
by American InfoSource LP as agent
P.O. Box 248866
Oklahoma City, OK 73124-8866

TNB-Visa (TV) / Target
c/o Financial & Retail Services
Mailstop BV P.O. Box 9475
Minneapolis, MN 55440

U.S. Bank National Association
Bankruptcy Department
P.O. Box 108
St Louis, MO 63166-0108

US Bank/Rms CC
Card Member Services
P.O. Box 108
St Louis, MO 63166

Ventura Sheriff's Department
800 South Victoria Avenue, Room 101
Case Number: EC063015
Ventura, CA 93009

VW Credit
1401 Franklin Blvd.
Libertyville, IL 60048